# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Preservation Technologies LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-1295-SLR |
| | ) | |
| NFL Enterprises LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| Preservation Technologies LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-1297-SLR |
| | ) | |
| World Wrestling Entertainment, Inc., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 7, 2015, a copy of Plaintiff's Preliminary

Identification of Accused Products/Methods and Preliminary Damages Model was served on the

following as indicated:

<u>Via E-Mail</u>
Jack B. Blumenfeld
Jeremy A. Tigan
Stephen Kraftschik
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE  19899-1347
jblumenfeld@mnat.com
jtigan@mnat.com
skraftschik@mnat.com

*Attorneys for Defendant NFL Enterprises LLC*

<u>Via E-Mail</u>
Hilary L. Preston
Syed Kamil Fareed
VINSON & ELKINS LLP
hpreston@velaw.com
sfareed@velaw.com

*Attorneys for Defendant NFL Enterprises LLC*

<u>Via E-Mail</u>
Jonathan A. Choa
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
jchoa@potteranderson.com

*Attorneys for Defendant World Wrestling
Entertainment, Inc.*

<u>Via E-Mail</u>
Patrick McElhinny
Mark Knedeisen
K&L GATES
patrick.mcelhinny@klgates.com
mark.knedeisen@klgates.com

*Attorneys for Defendant World Wrestling
Entertainment, Inc.*

Dated: August 7, 2015

Respectfully submitted,

FARNAN LLP

 /s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301 (fax)
bfarnan@farnanlaw.com

Victor G. Hardy (admitted *pro hac vice*)
William M. Parrish (admitted *pro hac vice*)
Nicole E. Glauser (admitted *pro hac vice*)
Stefanie T. Scott (admitted *pro hac vice*)
DiNovo Price Ellwanger & Hardy LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Telecopier: (512) 539-2627
vhardy@dpelaw.com
bparrish@dpelaw.com
nglauser@dpelaw.com
sscott@dpelaw.com

*Attorneys for Plaintiff*