**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC,<br><br>       Plaintiff,<br>  v.<br><br>NFL ENTERPRISES LLC,<br><br>       Defendant. | C.A. No. 14-1295-SLR-SRF |
| PRESERVATION TECHNOLOGIES LLC,<br><br>       Plaintiff,<br>  v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>       Defendant. | C.A. No. 14-1297-SLR-SRF |

## **RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Preservation Technologies LLC is owned by Preservation Technologies Archive, LLC.

Dated: October 19, 2015

Respectfully submitted,

FARNAN LLP

 /s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301 (fax)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Victor G. Hardy (admitted *pro hac vice*)
William M. Parrish (admitted *pro hac vice*)
Nicole E. Glauser (admitted *pro hac vice*)

Stefanie T. Scott (admitted *pro hac vice*)
DiNovo Price Ellwanger & Hardy LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Telecopier: (512) 539-2627
vhardy@dpelaw.com
bparrish@dpelaw.com
nglauser@dpelaw.com
sscott@dpelaw.com

**ATTORNEYS FOR PLAINTIFF
PRESERVATION TECHNOLOGIES, LLC**